FRANK McLAUGHLIN, Respondent, *v.* OTTO M. EIDLITZ et al., Appellants.

*McLaughlin* v. *Eidlitz,* 50 App. Div. 518, appeal withdrawn.
(Argued January 7, 1901; decided January 15, 1901.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1900, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term, and granting a new trial.

The motion was made upon the ground that since taking the appeal, the principal question presented thereby has been decided by this court.

*Charles C. Nadal* for motion.

*John Hetherington* opposed.

Motion granted on payment of the costs and upon the further condition that it be stipulated that the testimony of such witnesses as actually reside out of the state when the case shall be tried, be read.

---

In the Matter of VALENTINE, Appellant.

(Argued December 10, 1900; decided January 15, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made December 1, 1896, confirming the report of a referee.

*Thomas P. Wickes* for appellant.

*Byron Traver* for respondent.

Order affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON and WERNER, JJ. Not sitting: CULLEN, J.